UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.J. and A.G. individually and on behalf of E.G.J.,

                      Plaintiff,

          -against-

New York City Department of Education,

                      Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _3/9/2026_____ |

25 Civ. 10738 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated January 5, 2026, the Court instructed the parties to submit a joint letter and proposed case management plan by March 6, 2026.  *See* ECF No. 6.  That submission is now overdue.  Accordingly, by **April 6, 2026**, the parties shall submit a joint letter and proposed case management plan.

      SO ORDERED.

Dated: March 9, 2026
       New York, New York

                             _____
                                ANALISA TORRES
                     United States District Judge